No. 99–9599.  EL-MOSALAMY v. SHARP HEALTHCARE; EL-MOSALAMY v. SANTA BARBARA COTTAGE HOSPITAL; EL-MOSALAMY v. MERCY HEALTHCARE, SAN DIEGO; EL-MOSALAMY v. COMMUNITY HOSPITAL FAMILY PRACTICE; and EL-MOSALAMY v. CALIFORNIA HOSPITAL MEDICAL CENTER.  C. A. 9th Cir.  Cer-

tiorari denied. Reported below: 210 F. 3d 382 (first, second, and third judgments); 215 F. 3d 1332 (fourth and fifth judgments).